Same case below, 584 F.3d 1117.

**No. 09-8621. Shawn J. Gieswein, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1563, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1462.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 346 Fed. Appx. 293.

**No. 09-8627. Santos Zamora-Laines, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1564, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1334.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 349 Fed. Appx. 249.

**No. 09-8629. Hui Chen, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1564, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1153.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 350 Fed. Appx. 520.

**No. 09-8631. Veronica M. Allen, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1564, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1372.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 246.

**No. 09-8633. Ellis Eric Evans, Petitioner v. Mildred L. Rivera, Warden.**

559 U.S. 961, 130 S. Ct. 1564, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1179.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 635.

**No. 09-8635. Mark E. Phillips, aka Mark L. Aaron, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1564, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1180.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 588 F.3d 218.

**No. 09-8636. Natividad Medina-Martinez, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1565, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1252.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 271.

**No. 09-8639. Ramone Stephon Jones, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1565, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1446.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 551.

**No. 09-8647. William Washington, Petitioner v. United States.**

559 U.S. 961, 130 S. Ct. 1565, 176 L. Ed. 2d 149, 2010 U.S. LEXIS 1346.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 340 Fed. Appx. 306.